IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03387-CMA-KLM

SHERRON L. LEWIS JR.,

    Plaintiff,

v.

WELLS FARGO BANK NA, and
DEBRA JOHNSON, in her official and personal capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to Amend Complaint** [Docket No. 17; Filed March 5, 2012] (the "Motion"). Despite Plaintiff's *pro se* status, he is obligated to comply with the same rules of procedure that govern all litigants. *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). The Motion does not comply with D.C.COLO.LCivR 7.1A. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

    Notably, the Court has previously instructed Plaintiff that, if he intends to request permission to file an Amended Complaint, he must do so by motion compliant with the Federal and Local Rules. *See* [#16].

    For further information regarding *pro se* representation, the Court directs Plaintiff to its website, located at http://www.cod.uscourts.gov/RepresentingYourself.aspx.

    Dated: March 6, 2012