**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03387-CMA-KLM

SHERRON L. LEWIS, JR.,

      Plaintiff,

v.

WELLS FARGO BANK NA, and
DEBRA JOHNSON, in her official and personal capacities,

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING AUGUST 21, 2012
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Kristen L. Mix,

pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  On August 21, 2012, Magistrate

Judge Mix issued a Recommendation (Doc. # 29) concerning three pending motions.

Specifically, the Magistrate Judge recommended that the Motion to Dismiss Submitted

by Debra Johnson, Public Trustee for the City and County of Denver (Doc. # 5), and

Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint Pursuant to Fed.

R. Civ. P. 12(b)(1) and (6) (Doc. # 26) be granted.  The Magistrate Judge also

recommended that Plaintiff's Motion for Leave to Amend Complaint (Doc. # 23) be

denied.

On September 4, 2012, Plaintiff, proceeding *pro se*,[1] filed timely objections to the Recommendation.  (Doc. # 30.)  This Court has conducted a *de novo* review of this matter, including carefully reviewing all relevant pleadings, the Recommendation, and Plaintiff's Objections to the Recommendation.

Based on this *de novo* review, this Court concludes that the Magistrate Judge Mix's thorough and comprehensive analyses and recommendations are correct.  In his Objections, Plaintiff fails to raise any new issues of law or fact that would warrant a different conclusion. Therefore, Plaintiff's Objections are OVERRULED and the Court hereby ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED THAT:

(1)  The Motion to Dismiss Submitted by Debra Johnson, Public Trustee for the City and County of Denver (Doc. # 5) be GRANTED;

(2)  Plaintiff's Motion for Leave to Amend Complaint (Doc. # 23) be DENIED; and

(3)  Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Doc. # 26) be GRANTED. Plaintiff's FDCPA claim against Wells Fargo is DISMISSED WITH PREJUDICE.  All other claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

---

[1] Because Plaintiff is proceeding *pro se*, the Court "review[s] his pleadings and other papers liberally and hold[s] them to a less stringent standard than those drafted by attorneys." *Trackwell v. U.S. Gov't*, 472 F.3d 1242, 1243 (10th Cir. 2007) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972)).

In light of the above, IT IS FURTHER ORDERED that this case is DISMISSED in its entirety.

DATED:  September   17   , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge