**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03387-CMA-KLM

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

WELLS FARGO BANK NA, AND,
DEBRA JOHNSON, IN HER OFFICIAL AND PERSONAL CAPACITIES,

    Defendants.

---

## FINAL JUDGMENT
---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58, the following Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming August 21, 2012 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on September 17, 2012 it is,

    ORDERED that, the Motion to Dismiss Submitted by Debra Johnson, Public Trustee for the City and County of Denver [5] is granted. Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint Pursuant to Fed. R. Civ. O. 12(b)(1) and (6) is granted. Plaintiff's FDCPA claim against Wells Fargo is dismissed with prejudice. All other claims are Dismissed without prejudice for lack of subject matter jurisdiction. Accordingly, it is

    ORDERED that final judgment is entered in favor of the defendants and against the plaintiff and this case is DISMISSED in its entirety.

Dated at Denver, Colorado this 20th day of September, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk